1  VAN A. GOODWIN, Bar No. 095170
   vgoodwin@littler.com
2  DENISE M. VISCONTI, Bar No. 214168
   dviscont@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  501 W. Broadway, Suite 900
   San Diego, CA 92101.3577
5  Telephone:  619.232.0441
   Facsimile:  619.232.4302

FILED
08 MAY -6 PM 4: 15
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: Q
       DEPUTY

Attorneys for Defendants
BECTON, DICKINSON AND COMPANY and
MED-SAFE SYSTEMS, INC. (erroneously sued as
Med-Safe Systems, Inc. dba BD Medical)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRKLAND SINGER, individually and on behalf of Current and Former California Employees of Becton, Dickinson and Company and Med-Safe Systems, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>BECTON, DICKINSON AND COMPANY, MED-SAFE SYSTEMS, INC. dba BD MEDICAL, and DOES 1 through 10 Inclusive,<br><br>Defendants. | Case No. 08 CV 0821 IEG BLM<br><br>(San Diego County Superior Court Case No. 37-2008-00080779-CU-OE-CTL)<br><br>**DECLARATION OF SERVICE** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

DECLARATION OF SERVICE

## PROOF OF SERVICE BY MAIL

I am employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 501 W. Broadway, Suite 900, San Diego, California 92101.3577. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On May 6, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

1. DEFENDANTS BECTON, DICKINSON AND COMPANY AND MED-SAFE SYSTEMS, INC.'S NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. SECTIONS 1332(D), 1441 AND 1446;

2. CIVIL COVER SHEET

3. DEFENDANTS BECTON, DICKINSON AND COMPANY AND MED-SAFE SYSTEMS, INC.'S NOTICE OF INTERESTED PARTIES AND/OR PARTIES WITH FINANCIAL INTEREST (LOCAL CIVIL RULE 40.2);

4. DEFENDANTS BECTON, DICKINSON AND COMPANY AND Med-SAFE SYSTEMS, INC.'S NOTICE OF RELATED CASES

5. DECLARATION OF NATHAN MILLER IN SUPPORT OF DEFENDANTS BECTON, DICKINSON AND COMPANY AND MED-SAFE SYSTEMS, INC.'S NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. SECTIONS 1332(D), 1441 AND 1446;

6. DECLARATION OF GARY DEFAZIO IN SUPPORT OF DEFENDANTS BECTON, DICKINSON AND COMPANY AND MED-SAFE SYSTEMS, INC.'S NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION;

7. DECLARATION OF DENISE M. VISCONTI IN SUPPORT OF DEFENDANTS BECTON, DICKINSON AND COMPANY'S AND MED-SAFE SYSTEM, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION;

in a sealed envelope, postage fully paid, addressed as follows:

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

(No.  )
Firmwide:85131708.1 045252.1087

| | |
|---|---|
| Kirk D. Hanson, Esq. | Attorneys for Plaintiff |
| Diane E. Richard, Esq. | |
| GRACE HOLLIS LOWE HANSON | |
| & SCHAEFFER LLP | |
| 3555 Fifth Avenue, Suite 100 | |
| San Diego, CA 92103 | |
| Phone: (619) 692-0800 | |
| Fax: (619) 692-0822 | |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 6, 2008, at San Diego, California.

*Loriann L. Christy*
Loriann L. Christy

(No. )    2.
Firmwide:85131708.1 045252.1087