VAN A. GOODWIN, Bar No. 095170
vgoodwin@littler.com
DENISE M. VISCONTI, Bar No. 214168
dviscont@littler.com
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232.4302

Attorneys for Defendants
BECTON, DICKINSON AND COMPANY
and MED-SAFE SYSTEMS, INC. (erroneously
sued as Med-Safe Systems, Inc. d/b/a BD Medical)

FILED
08 MAY -6 PM 4:15
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: Q          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRKLAND SINGER, individually and on behalf of Current and Former California Employees of Becton, Dickinson and Company and Med-Safe Systems, Inc., <br><br>Plaintiff, <br><br>v. <br><br>BECTON, DICKINSON AND COMPANY, MED-SAFE SYSTEMS, INC. d/b/a BD MEDICAL, and DOES 1 through 10 Inclusive, <br><br>Defendant. | Case No. '08 CV 0821 IEG BLM <br><br>(San Diego County Superior Court Case No. 37-2008-00080779-CU-OE-CTL) <br><br>**DEFENDANTS BECTON, DICKINSON AND COMPANY AND MED-SAFE SYSTEMS, INC.'S NOTICE OF INTERESTED PARTIES AND/OR PARTIES WITH FINANCIAL INTEREST (LOCAL CIVIL RULE 40.2)** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

DEFENDANTS' NOTICE OF INTERESTED PARTIES

TO THE CLERK OF THE FEDERAL DISTRICT COURT, PLAINTIFF AND HIS ATTORNEYS OF RECORD:

Pursuant to Local Civil Rule 40.2, PLEASE TAKE NOTICE that the undersigned counsel of record for Defendants BECTON, DICKINSON AND COMPANY and MED-SAFE SYSTEMS, INC. (erroneously sued as MED-SAFE SYSTEMS, INC. d/b/a BD MEDICAL) certify that the following listed parties are the only parties that, to counsel's knowledge, have a direct, pecuniary interest in the outcome of this case:

1. Plaintiff Kirkland Singer

2. Defendant Becton, Dickinson and Company, the parent corporation of Med-Safe Systems, Inc.

3. Defendant Med-Safe Systems, Inc.

These representations are made to enable the Court to evaluate possible disqualification or recusal. These representations also are made to notify the Court of the parties' parent corporations as required by Local Civil Rule 40.2.

DATED: May 6, 2008

LITTLER MENDELSON
A Professional Corporation

By: _____
DENISE M. VISCONTI

Attorneys for Defendants
BECTON, DICKINSON AND COMPANY
and MED-SAFE SYSTEMS, INC.

Firmwide:85055752.1 045252.1087

DEFENDANTS' NOTICE OF INTERESTED PARTIES