VAN A. GOODWIN, Bar No. 095170
vgoodwin@littler.com
DENISE M. VISCONTI, Bar No. 214168
dviscont@littler.com
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA  92101.3577
Telephone:    619.232.0441
Facsimile:     619.232.4302

Attorneys for Defendants
BECTON, DICKINSON AND COMPANY and
MED-SAFE SYSTEMS, INC. (erroneously sued as
Med-Safe Systems, Inc. dba BD Medical)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRKLAND SINGER, individually and on behalf of Current and Former California Employees of Becton, Dickinson and Company and Med-Safe Systems, Inc., <br><br> Plaintiff, <br><br> v. <br><br> BECTON, DICKINSON AND COMPANY, MED-SAFE SYSTEMS, INC. dba BD MEDICAL, and DOES 1 through 10 Inclusive, <br><br> Defendant. | Case No. _____ <br><br> (San Diego County Superior Court Case No. 37-2008-00080779-CU-OE-CTL) <br><br> **DECLARATION OF NATHAN MILLER IN SUPPORT OF DEFENDANTS BECTON, DICKINSON AND COMPANY AND MED-SAFE SYSTEMS, INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTIONS 1332(D), 1441, AND 1446.** |

I, NATHAN MILLER, declare as follows:

1.  I am employed as HR Leader/Human Resources at Med-Safe Systems, Inc.'s ("Med-Safe") Oceanside Facility, located in Oceanside, California.  As HR Leader/Human Resources, I have personal knowledge of the information set out below or knowledge based upon corporate records for Med-Safe, which are within my custody and control.  I am informed and believe that the corporate records are maintained in the regular course of business, entries are made in the records at or near the time of the transactions shown, transactions are entered by the individuals responsible for processing payroll and personnel information, and the records are relied upon to compensate individuals employed by Med-Safe.  I am authorized by Med-Safe to make this declaration on its

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

DECLARATION OF NATHAN MILLER

behalf. If called and sworn as a witness, I could and would competently testify thereto.

2. Med-Safe is incorporated in the State of California. Med-Safe's principal place of business is located in Oceanside, California, where its primary manufacturing operations are located.

3. During the entire course of his employment at Med-Safe's Oceanside facility, Plaintiff Kirkland Singer was employed in and worked in the State of California. Plaintiff's last known residence address is located in Carlsbad, California.

4. For purposes of assessing the amount of monetary relief sought by the claims as alleged in Plaintiff Kirkland Singer's Complaint, I have reviewed Med-Safe's Oceanside facility's human resource records during the pertinent period and determined the following:

    a. As of January 1, 2004, there were 161 total employees working at Med-Safe's Oceanside facility. At that time, the average hourly wage for the non-exempt employees working at Med-Safe's Oceanside facility was $10.90 per hour.

    b. As of January 1, 2005, there were 179 total employees working at Med-Safe's Oceanside facility. At that time, the average hourly wage for the non-exempt employees working at Med-Safe's Oceanside facility was $10.91 per hour.

    c. As of January 1, 2006, there were 169 total employees working at Med-Safe's Oceanside facility. At that time, the average hourly wage for the non-exempt employees working at Med-Safe's Oceanside facility was $12.64 per hour.

    d. As of January 1, 2007, there were 178 total employees working at Med-Safe's Oceanside facility. At that time, the average hourly wage for the non-exempt employees working at Med-Safe's Oceanside facility was $13.03 per hour.

    e. As of January 1, 2008, there were 166 total employees working at Med-Safe's Oceanside facility. At that time, the average hourly wage for the non-exempt employees working at Med-Safe's Oceanside facility was $13.09 per hour.

    f. Since March 28, 2004, it is estimated that no less than 144 employees have left their employment with Med-Safe's Oceanside facility.

///
///

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

Firmwide:85055426.1 045252.1087  2.  DECLARATION OF NATHAN MILLER

g. Between March 28, 2004, and today's date, Med-Safe's Oceanside facility has employed approximately 299 employees, which includes both current and former employees.

h. The employees at Med-Safe's Oceanside facility are paid on a bi-weekly basis.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of May, 2008 at Oceanside, County of San Diego, State of California.

_____
NATHAN MILLER