ORIGINAL

FILED
08 MAY -6 PM 4:15
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: \_\_\_\_\_ DEPUTY

1  VAN A. GOODWIN, Bar No. 095170
   vgoodwin@littler.com
2  DENISE M. VISCONTI, Bar No. 214168
   dviscont@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  501 W. Broadway, Suite 900
   San Diego, CA 92101.3577
5  Telephone:  619.232.0441
   Facsimile:  619.232.4302
6
   Attorneys for Defendants
7  BECTON, DICKINSON AND COMPANY and
   MED-SAFE SYSTEMS, INC. (erroneously sued as
8  Med-Safe Systems, Inc. dba BD Medical)

9                UNITED STATES DISTRICT COURT

10               SOUTHERN DISTRICT OF CALIFORNIA

11 | KIRKLAND SINGER, individually and on behalf of Current and Former California Employees of Becton, Dickinson and Company and Med-Safe Systems, Inc., | Case No. _____
12 |  | (San Diego County Superior Court Case No. 37-2008-00080779-CU-OE-CTL)
13 |  |
14 | Plaintiff, | **DECLARATION OF GARY DEFAZIO IN SUPPORT OF DEFENDANTS BECTON, DICKINSON AND COMPANY AND MED-SAFE SYSTEM, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION**
15 | v. |
16 | BECTON, DICKINSON AND COMPANY, MED-SAFE SYSTEMS, INC. dba BD MEDICAL, and DOES 1 through 10 Inclusive, |
17 |  |
18 | Defendants. |

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

FIRMWIDE:85105195.1 045252.1087

DEFAZIO DECLARATION IN SUPPORT OF REMOVAL

1  I, Gary DeFazio, declare as follows:

2  1. I am employed by Becton, Dickinson and Company ("BD") as Associate General Counsel and Assistant Secretary in Franklin Lakes, New Jersey. I have personal knowledge of the following or knowledge based upon corporate records which are within my custody and control, among others. I am informed and believe that the corporate records are maintained and at all times relevant to this case were maintained in the regular course of business. If called and sworn as a witness, I could and would competently testify thereto.

2. BD was, at all times relevant to this action, and remains incorporated in the State of New Jersey. BD's corporate and executive offices are located in Franklin Lakes, New Jersey, where the majority of its primary administrative functions -- including Human Resources and Payroll -- are performed. BD is licensed and does business in every state as well as the District of Columbia. BD has employees scattered throughout the United States, with no state having a significant majority of concentration of employees.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 5th day of May, 2008, at Franklin Lakes, New Jersey.

_____
Gary DeFazio

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

FIRMWIDE:85105195.1 045252.1087

DEFAZIO DECLARATION IN SUPPORT OF REMOVAL