VAN A. GOODWIN, Bar No. 095170
vgoodwin@littler.com
DENISE M. VISCONTI, Bar No. 214168
dviscont@littler.com
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232.4302

Attorneys for Defendants
BECTON, DICKINSON AND COMPANY
and MED-SAFE SYSTEMS, INC. (erroneously
sued as Med-Safe Systems, Inc. d/b/a BD Medical)

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRKLAND SINGER, individually and on behalf of Current and Former California Employees of Becton, Dickinson and Company and Med-Safe Systems, Inc., <br><br> Plaintiff, <br><br> v. <br><br> BECTON, DICKINSON AND COMPANY, MED-SAFE SYSTEMS, INC. d/b/a BD MEDICAL, and DOES 1 through 10 Inclusive, <br><br> Defendant. | Case No. _____ <br><br> (San Diego County Superior Court Case No. 37-2008-00080779-CU-OE-CTL) <br><br> **DEFENDANTS BECTON, DICKINSON AND COMPANY AND MED-SAFE SYSTEMS, INC.'S NOTICE OF RELATED CASES** |

FILED
08 MAY -6 PM 4:15
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

'08 CV 0821 IEG BLM

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

DEFENDANTS' NOTICE OF RELATED CASE

TO ALL PARTIES AND THIS HONORABLE COURT:

    PLEASE TAKE NOTICE that Defendants BECTON, DICKINSON AND COMPANY and MED-SAFE SYSTEMS, INC. (erroneously sued as Med-Safe Systems, Inc. d/b/a BD Medical) hereby submits the following Notice of Related Case pursuant to Local Civil Rule 40.1(e):

    To the knowledge of Defendants Becton, Dickinson and Company and Med-Safe Systems, Inc., no action previously filed or currently pending in the United States District Court for the Southern District of California appears to call for a determination of the same or substantially identical questions of law and fact or will entail substantial duplication of labor if heard by different judges.

DATED: May 6, 2008

LITTLER MENDELSON
A Professional Corporation

By: _____
    DENISE M. VISCONTI

Attorneys for Defendants
BECTON, DICKINSON AND COMPANY
and MED-SAFE SYSTEMS, INC.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W Broadway
Suite 900
San Diego, CA 92101 3577
619 232 0441

DEFENDANTS' NOTICE OF RELATED CASE