VAN A. GOODWIN, Bar No. 095170
vgoodwin@littler.com
DENISE M. VISCONTI, Bar No. 214168
dvisconti@littler.com
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232.4302

Attorneys for Defendants
BECTON, DICKINSON AND COMPANY and
MED-SAFE SYSTEMS, INC. (erroneously sued as
Med-Safe Systems, Inc. dba BD Medical)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRKLAND SINGER, individually and on behalf of Current and Former California Employees of Becton, Dickinson and Company and Med-Safe Systems, Inc., <br><br> Plaintiff, <br><br> v. <br><br> BECTON, DICKINSON AND COMPANY, MED-SAFE SYSTEMS, INC. dba BD MEDICAL, and DOES 1 through 10 Inclusive, <br><br> Defendant. | Case No. 08cv0821 IEG (BLM) <br><br> **DEFENDANTS BECTON, DICKINSON AND COMPANY AND MED-SAFE SYSTEMS, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS AND MOTION TO STRIKE ALLEGATIONS FROM PLAINTIFF'S COMPLAINT** <br><br> Date: June 23, 2008 <br> Time: 10:30 a.m. <br> Courtroom: 1 |

TO PLAINTIFF KIRKLAND SINGER AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 23, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Irma E. Gonzalez, United States District Judge, in Courtroom 1 at the Edward J. Schwartz United States Courthouse, 940 Front Street, San Diego, CA, 92101 and present the attached Defendants BECTON, DICKINSON AND COMPANY ("BD") and MED-SAFE SYSTEMS, INC.'s ("Med-Safe") (hereinafter collectively referred to as "Defendants") Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) and Motion Strike pursuant to Federal Rule of Civil Procedure 12(f) the following allegations from Plaintiff KIRKLAND SINGER's ("Plaintiff) Complaint:

1. Page 2, Paragraph 3, line 17: "penalties, liquidated damages
2. Page 2, Paragraph 3, line 17: "penalties, liquidated damages"
3. Page 2, Paragraph 3, lines 19-20: "204, 210, ... 226, 226.3, ... 558, ... 1194.2, and 2699 *et seq.*"
4. Page 3, Paragraph 11, in its entirety.
5. Page 3, Paragraph 12, in its entirety.
6. Page 6, Paragraph 26, in its entirety.
7. Page 6, Paragraph 28, in its entirety.
8. Page 6, Paragraph 29, line 18: "during employment"
9. Page 6, Paragraph 29, lines 20-23: "BD's non-exempt employees in California further were, and are, not provided with accurate itemized wages statements, nor does BD maintain accurate wage statements including accurate number of hours worked."
10. Page 7, Paragraph 30 (entitled VI-The Labor Code Private Attorneys General Act Representative Action), in its entirety (including subsections Paragraph 30a.-d.).
11. Page 8, Paragraph 31, lines 6-7: "failure to provide itemized wage statements, failure to keep accurate records of time worked"
12. Page 8, Paragraph 31, line 8: "during employment and"
13. Page 8, Paragraph 32, line 15: "denied accurate itemized wage statements"
14. Page 8, Paragraph 32, line 16: "either during employment or"
15. Page 9, Paragraph 33b.(vii), lines 17-18: "Whether BD failed to provide accurate itemized wage statements, itemizing the actual time worked and all wages earned;"
16. Page 9, Paragraph 33c., lines 24-25: "both during employment and"
17. Page 9, Paragraph 33c., line 25: "itemized wage statements"
18. Page 11, Paragraph 43, line 17: "penalties"
19. Page 12, Paragraph 53, line 27: "penalties"
20. Page 13, Paragraph 57, lines 18-19: "penalties ... liquidated damages pursuant to Labor Code § 1194.2"
21. Page 14, Paragraph 62, line 20: "penalties"
22. Page 15, Paragraph 68, line 26: "penalties"
23. Page 16, Paragraph 75, line 26: "penalties"

| | | |
|---|---|---|
| 1 | 24. | Page 18, Paragraph 85, line 12: "penalties" |
| 2 | 25. | Page 22, Prayer for Relief, Paragraph 3, lines 6-7: "2699 *et seq.*" |
| 3 | 26. | Page 22, Prayer for Relief, Paragraph 4, in its entirety. |
| 4 | 27. | Page 22, Prayer for Relief, Paragraph 5, in its entirety. |
| 5 | 28. | Page 22, Prayer for Relief, Paragraph 6, in its entirety. |
| 6 | 29. | Page 22, Prayer for Relief, Paragraph 10, line 20: "penalties" |
| 7 | 30. | Page 23, Prayer for Relief, Paragraph 15, lines 5-6: "204, 226" |

This motion is based upon the accompanying Notice of Motion, Memorandum of Points and Authorities, Request For Judicial Notice, and the pleadings, records and files in this action, and such argument and evidence which may be presented at or before the hearing.

Dated: May 13, 2008

By: /s/Denise M. Visconti
    DENISE M. VISCONTI
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
BECTON, DICKINSON AND COMPANY
and MED-SAFE SYSTEMS, INC.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W Broadway
Suite 900
San Diego, CA 92101 3577
619 232 0441

FIRMWIDE:85140228.1 045252.1087

3.

DEFENDANTS' NOTICE OF MOTION TO DISMISS AND MOTION TO DISMISS AND STRIKE

**PROOF OF SERVICE BY MAIL**

I am employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 501 W. Broadway, Suite 900, San Diego, California 92101.3577. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On May 13, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

1. **DEFENDANTS BECTON, DICKINSON AND COMPANY AND MED-SAFE SYSTEMS, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS AND MOTION TO STRIKE ALLEGATIONS FROM PLAINTIFF'S COMPLAINT**

2. **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS BECTON, DICKINSON AND COMPANY AND MED-SAFE SYSTEMS, INC.'S MOTION TO DISMISS AND MOTION TO STRIKE ALLEGATIONS FROM PLAINTIFF'S COMPLAINT**

3. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE ALLEGATIONS FROM PLAINTIFF'S COMPLAINT**

in a sealed envelope, postage fully paid, addressed as follows:

Kirk D. Hanson, Esq.                    Attorneys for Plaintiff
Diane E. Richard, Esq.
GRACE HOLLIS LOWE HANSON
& SCHAEFFER LLP
3555 Fifth Avenue, Suite 100
San Diego, CA 92103
Phone: (619) 692-0800
Fax: (619) 692-0822

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on May 13, 2008, at San Diego, California.

_____
Loriann L. Christy

(No. 08CV 0821 IEG BLM )
Firmwide:85193205.1 045252.1087