1  VAN A. GOODWIN, Bar No. 095170
   vgoodwin@littler.com
2  DENISE M. VISCONTI, Bar No. 214168
   dvisconti@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  501 W. Broadway, Suite 900
   San Diego, CA  92101.3577
5  Telephone:    619.232.0441
   Facsimile:    619.232.4302
6
   Attorneys for Defendants
7  BECTON, DICKINSON AND COMPANY and
   MED-SAFE SYSTEMS, INC. (erroneously sued as
8  Med-Safe Systems, Inc. dba BD Medical)

9                    UNITED STATES DISTRICT COURT

10               SOUTHERN DISTRICT OF CALIFORNIA

11 | KIRKLAND SINGER, individually and on | Case No.  08cv0821 IEG (BLM)
12 | behalf of Current and Former California
   | Employees of Becton, Dickinson and | **DEFENDANTS BECTON, DICKINSON**
   | Company and Med-Safe Systems, Inc., | **AND COMPANY AND MED-SAFE**
13 | | **SYSTEMS, INC.'S NOTICE OF MOTION**
14 |              Plaintiff, | **AND MOTION TO DISMISS AND**
   | | **MOTION TO STRIKE ALLEGATIONS**
15 |      v. | **FROM PLAINTIFF'S COMPLAINT**
16 | BECTON, DICKINSON AND
   | COMPANY, MED-SAFE SYSTEMS, | Date:       June 23, 2008
17 | INC. dba BD MEDICAL, and DOES 1 | Time:       10:30 a.m.
   | through 10 Inclusive, | Courtroom: 1
18 |              Defendant.

19

20  TO PLAINTIFF KIRKLAND SINGER AND HIS ATTORNEYS OF RECORD:

21         PLEASE TAKE NOTICE that on June 23, 2008 at 10:30 a.m., or as soon thereafter as

22  counsel may be heard, the undersigned shall appear before the Honorable Irma E. Gonzalez, United

23  States District Judge, in Courtroom 1 at the Edward J. Schwartz United States Courthouse, 940 Front

24  Street, San Diego, CA, 92101 and present the attached Defendants BECTON, DICKINSON AND

25  COMPANY ("BD") and MED-SAFE SYSTEMS, INC.'s ("Med-Safe") (hereinafter collectively

26  referred to as "Defendants")  Motion to Dismiss pursuant to Federal Rule of Civil Procedure

27  12(b)(6) and Motion Strike pursuant to Federal Rule of Civil Procedure 12(f) the following

28  allegations from Plaintiff KIRKLAND SINGER's ("Plaintiff) Complaint:

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA  92101 3577
619.232.0441

1.   Page 2, Paragraph 3, line 17: "penalties, liquidated damages

2.   Page 2, Paragraph 3, line 17: "penalties, liquidated damages"

3.   Page 2, Paragraph 3, lines 19-20: "204, 210, ... 226, 226.3, ... 558, ... 1194.2, and 2699 *et seq.*"

4.   Page 3, Paragraph 11, in its entirety.

5.   Page 3, Paragraph 12, in its entirety.

6.   Page 6, Paragraph 26, in its entirety.

7.   Page 6, Paragraph 28, in its entirety.

8.   Page 6, Paragraph 29, line 18: "during employment"

9.   Page 6, Paragraph 29, lines 20-23: "BD's non-exempt employees in California further were, and are, not provided with accurate itemized wages statements, nor does BD maintain accurate wage statements including accurate number of hours worked."

10.  Page 7, Paragraph 30 (entitled VI-The Labor Code Private Attorneys General Act Representative Action), in its entirety (including subsections Paragraph 30a.-d.).

11.  Page 8, Paragraph 31, lines 6-7: "failure to provide itemized wage statements, failure to keep accurate records of time worked"

12.  Page 8, Paragraph 31, line 8: "during employment and"

13.  Page 8, Paragraph 32, line 15: "denied accurate itemized wage statements"

14.  Page 8, Paragraph 32, line 16: "either during employment or"

15.  Page 9, Paragraph 33b.(vii), lines 17-18: "Whether BD failed to provide accurate itemized wage statements, itemizing the actual time worked and all wages earned;"

16.  Page 9, Paragraph 33c., lines 24-25: "both during employment and"

17.  Page 9, Paragraph 33c., line 25: "itemized wage statements"

18.  Page 11, Paragraph 43, line 17: "penalties"

19.  Page 12, Paragraph 53, line 27: "penalties"

20.  Page 13, Paragraph 57, lines 18-19: "penalties ... liquidated damages pursuant to Labor Code § 1194.2"

21.  Page 14, Paragraph 62, line 20: "penalties"

22.  Page 15, Paragraph 68, line 26: "penalties"

23.  Page 16, Paragraph 75, line 26: "penalties"

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101 3577
619 232 0441

FIRMWIDE:85140228.1 045252.1087                    2.

DEFENDANTS' NOTICE OF MOTION TO DISMISS AND MOTION TO DISMISS AND STRIKE

24.    Page 18, Paragraph 85, line 12: "penalties"

25.    Page 22, Prayer for Relief, Paragraph 3, lines 6-7: "2699 *et seq.*"

26.    Page 22, Prayer for Relief, Paragraph 4, in its entirety.

27.    Page 22, Prayer for Relief, Paragraph 5, in its entirety.

28.    Page 22, Prayer for Relief, Paragraph 6, in its entirety.

29.    Page 22, Prayer for Relief, Paragraph 10, line 20: "penalties"

30.    Page 23, Prayer for Relief, Paragraph 15, lines 5-6: "204, 226"

This motion is based upon the accompanying Notice of Motion, Memorandum of Points and Authorities, Request For Judicial Notice, and the pleadings, records and files in this action, and such argument and evidence which may be presented at or before the hearing.

Dated: May 13, 2008

By: /s/Denise M. Visconti
DENISE M. VISCONTI
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
BECTON, DICKINSON AND COMPANY
and MED-SAFE SYSTEMS, INC.

LITTLER MENDELSON
A Professional Corporation
501 W. Broadway
Suite 900
San Diego, CA 92101 3577
619 232 0441

FIRMWIDE:85140228.1 045252.1087                    3.

DEFENDANTS' NOTICE OF MOTION TO DISMISS AND MOTION TO DISMISS AND STRIKE

1

## PROOF OF SERVICE BY MAIL

2          I am employed in San Diego County, California. I am over the age of eighteen years

3     and not a party to the within-entitled action. My business address is 501 W. Broadway, Suite 900,

      San Diego, California 92101.3577. I am readily familiar with this firm's practice for collection and

4     processing of correspondence for mailing with the United States Postal Service. On May 13, 2008, I

5     placed with this firm at the above address for deposit with the United States Postal Service a true and

      correct copy of the within document(s):

6

7          **1.  DEFENDANTS BECTON, DICKINSON AND COMPANY
      AND MED-SAFE SYSTEMS, INC.'S NOTICE OF MOTION AND
      MOTION TO DISMISS AND MOTION TO STRIKE ALLEGATIONS**

8     **FROM PLAINTIFF'S COMPLAINT**

9          **2.  REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
      DEFENDANTS BECTON, DICKINSON AND COMPANY AND**

10    **MED-SAFE SYSTEMS, INC.'S MOTION TO DISMISS AND
      MOTION TO STRIKE ALLEGATIONS FROM PLAINTIFF'S**

11    **COMPLAINT**

12         **3.  MEMORANDUM OF POINTS AND AUTHORITIES IN
      SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND
      MOTION TO STRIKE ALLEGATIONS FROM PLAINTIFF'S**

13    **COMPLAINT**

14         in a sealed envelope, postage fully paid, addressed as follows:

15

16    Kirk D. Hanson, Esq.                    Attorneys for Plaintiff
      Diane E. Richard, Esq.

17    GRACE HOLLIS LOWE HANSON
      & SCHAEFFER LLP

18    3555 Fifth Avenue, Suite 100
      San Diego, CA 92103

19    Phone: (619) 692-0800
      Fax: (619) 692-0822

20         Following ordinary business practices, the envelope was sealed and placed for

21    collection and mailing on this date, and would, in the ordinary course of business, be deposited with

22    the United States Postal Service on this date.

23         I declare that I am employed in the office of a member of the bar of this court at

24    whose direction the service was made. Executed on May 13, 2008, at San Diego, California.

25

26

27    _____
                    Loriann L. Christy

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101 3577
619 232 0441

(No. 08CV 0821 IEG BLM  )
Firmwide:85193205.1 045252.1087