# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 501 W. Broadway, Suite 900, San Diego, California 92101.3577. On August 25, 2008, I hereby certify that I caused the within document(s):

**DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

☒ To be filed electronically with the clerk of Court through CM/ECF, and that CM/ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Kirk D. Hanson, Esq. | Attorneys for Plaintiff |
| Diane E. Richard, Esq. | KIRKLAND SINGER |
| GRACE HOLLIS LOWE HANSON & SCHAEFFER LLP | |
| 3555 Fifth Avenue, Suite 100 | |
| San Diego, CA 92103 | |
| Email: khanson@gracehollis.com | |

Executed on August 25, 2008, at San Diego, California.

_Loriann L. Christy_
Loriann L. Christy

Firmwide:85435098.1 045252.1087

PROOF OF SERVICE